UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WHITE, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VENTURA COUNTY CREDIT UNION and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:21−cv−05960−DSF−GJS<br><br>Judge: Hon. Dale S. Fischer<br>Magistrate Judge: Hon. Gail J. Standish<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE**<br><br>[Filed concurrently with Joint Stipulation to Dismiss Plaintiff's Claims with Prejudice]<br><br>OSC re Dismissal:  Date:  11/21/2022<br><br>Action Filed: July 22, 2021 |

Having considered the Joint Stipulation of the Parties, and good cause appearing, IT IS SO ORDERED:

1.  Plaintiff David White and Defendant Ventura County Credit Union, have reached a settlement of Plaintiff's individual claims. Plaintiff, in exchange for consideration, will dismiss his individual claims with prejudice.

//

//

2. A class has not been certified nor is a class being proposed for certification for purposes of settlement. Pursuant to the terms of the settlement agreement, all class claims will be dismissed without prejudice.

3. The Order to Show Cause re Dismissal hearing scheduled for 11/21/2022 is hereby vacated.

IT IS SO ORDERED.

DATED: October 20, 2022

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE